UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 18 AM 8 17
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN. P R

UNITED STATES OF AMERICA

V.                                CIVIL NO. 98-2261 (RLA)

ARMANDO SANTOS NEGRON
et al.,

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 11/4/99, Docket # 16 [X] Plaintiff | GRANTED. Plaintiff shall inform the Court of the status of administrative proceedings on or before April 10, 2000. |
| Title: Motion Informing Status of Administrative Discrimination Complaint | |

November 14, 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:    # 17