UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
(FARM SERVICE AGENCY)

      V.                             CASE NUMBER: CIVIL 98-2261 (RLA)

ARMANDO SANTOS-NEGRON, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/10/00   Docket # 18<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: Motion Informing Status of Administrative Discrimination Complaint | GRANTED and SO ORDERED. |

April 19, 2000          RAYMOND L. ACOSTA
Date                    U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 19 |