UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.                                  CIVIL NO. 98-2261 (RLA)

ARMANDO SANTOS NEGRON
et al.,

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/4/00    Docket # 20<br>[X] Plaintiff<br><br>Title: Motion Informing Status of Administrative Discrimination Complaint | GRANTED. Status of administrative proceedings shall be submitted **on or before July 10, 2000**. |

May 17, 1999                    RAYMOND L. ACOSTA
Date                            U.S. District Judge

Rec'd:            EOD:

By:        # 21