UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.                                CIVIL NO. 98-2261 (RLA)

ARMANDO SANTOS NEGRON
et al.,

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed: 7/10/00**  Docket # 22  **[X] Plaintiff**  Title: Motion Informing Status of Administrative Discrimination Complaint | **NOTED.** Plaintiff shall inform the Court of the status of administrative proceedings **on or before September 10, 2000.** |
| | |

July 20, 1999                   RAYMOND L. ACOSTA
    Date                         U.S. District Judge

Rec'd:        EOD:

By          # 23