UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA
(FARM SERVICE AGENCY)

V.    CASE NUMBER: CIVIL 98-2261 (RLA)

ARMANDO SANTOS-NEGRON, et al.

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/2/00   Docket # 24<br>[ ] Plffs   [X] Defts<br>[ ] Other<br><br>Title: Request For Dismissal | DENIED WITHOUT PREJUDICE for failure to include documentation in support of motion to dismiss. |

August 24, 2000          RAYMOND L. ACOSTA
Date                     U.S. District Judge

Rec'd:        EOD:

By        #25