IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff,

    v.                                 CIVIL NO. 98-2261 (RLA)

ARMANDO SANTOS NEGRON

    Defendant.

## **FINAL JUDGMENT**

Plaintiff's Motion for Voluntary Dismissal Without Prejudice (**docket No. 26**, filed on September 8, 2000) is **GRANTED**.

Accordingly, it is HEREBY ORDERED AND ADJUDGED that the complaint in this action be and is hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19th day of September, 2000.

RAYMOND L. ACOSTA
United States District Judge