UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Farm Service Agency)
      Plaintiff

v.

ARMANDO SANTOS NEGRON, NYDIA
RIVERA A/K/A NYDIA RIVERA ROSADO
and the conjugal partnership
constituted by both
      Defendant

CIVIL NO. 98-2261(RLA)
FORECLOSURE OF MORTGAGE

**ORDER FOR CANCELLATION OF LIS PENDENS**

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property of the Registry of Property of Arecibo, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

**Property Number 2420**

    RUSTICA: Radicada en el barrio Bayaney de Hatillo compuesta de CIENTO CUARENTA Y UNA PUNTO CUATROCIENTOS TREINTA Y CINCO CUERDAS (141.435) equivalentes a cincuenta y cuatro hectáreas, sesenta y nueve áreas, cuatro centiáreas y sesentiuna miliáreas. Colinda por el Norte, Sucesión de Idelfonso Villanueva; Sur, Francisco Micheo y una quebrada, Este, Francisco Micheo y al Oeste, Cauce de la Quebrada Lajas del Río Camuy.




U.S. v. Armando Santos Negron, et al
Case No. 98-2261(RLA)
Page 2

Notwithstanding the aforementioned description in Deed #242, according to the Property Registry of Arecibo Section II, said property is described as follows:

> RUSTICA: En el BARRIO BAYANEY de Hatillo, compuesto de 146.935 cuerdas, equivalente a 57 hectáreas 75 hectáreas, 75 áreas y 12 centésimas de terreno. Sus lindes al Norte, Sucursal de Idelfonso Villanueva; por el Sur, Gumersindo Micheo, Higinio Rivera y Eduardo Georgetti; por el Este, Fernando P. Ledesma y Gumersindo Micheo; y por el Oeste, el cruce de la Quebrada Saja y el Río Camuy. De esta finca se han hecho varias segregaciones sin que se halle descrito el remanente aún.

Plaintiff's mortgage for the amount of $103,300.00 was recorded at folio 126, volume 106 of Hatillo, property number 2420, 19th inscription at the Property Registry of Arecibo Section II, Puerto Rico.

**Property Number 9335**

> URBANA: solar marcado con el número cinco del bloque E del plano de inscripción de la Urbanización Extensión San Ramón situada en el barrio Pueblo del municipio de Hatillo, con una cabida superficial de CUATROCIENTOS NOVENTIDOS PUNTO OCHENTA Y CINCO METROS CUADRADOS. En lindes por el Norte en trece punto cuarenta metros con la calle número diez; por el Sur, en trece punto cuarenta y ocho metros con la carretera estatal número doscientos diecinueve ; por el Este, en treintisiete punto cincuenta metros con el solar número seis del bloque E y por el Oeste, en veintiseis metros con el solar, número cuatro del bloque E. Enclava una estructura dedicada a vivienda construída de hormigón armado y bloques de hormigón.

**OBSERVATION:** It appears at the Registry of Property that West boundary is 36.00 meters.

U.S. v. Armando Santos Negron, et al
Case No. 98-2261(RLA)
Page 3

Plaintiff's mortgage for the amount of $55,270.00 was recorded at page 71rs, volume 178 of Hatillo, property number 9335, 3rd inscription, at the Registry of the Property of Arecibo, Section II, Puerto Rico.

Lis pendens recorded at the Property Registry of Hatillo, at page 126, volume 106, upon the properties subject of this action.

Given in San Juan, Puerto Rico, this 16th day of November, 2000.

　　　　　　　　　　　　　　　　　RAYMOND   L. ACOSTA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE